# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. HART,<br><br>    Plaintiff,<br><br>v.<br><br>MEGAN J. BRENNAN,<br><br>    Defendant. | Case No. 1:18-cv-01581-LJO-EPG<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER TO SUBMIT DOCUMENTS FOR SERVICE**<br><br>**THIRTY (30) DAY DEADLINE** |

    Sharon A. Hart ("Plaintiff"), proceeding *pro se* and *in forma* pauperis, commenced this action on November 16, 2018, by filing a Complaint alleging employment discrimination based on sex and race, and retaliation against the United States Postal Service. (ECF No. 1). On December 27, 2018, Plaintiff filed an amended complaint. (ECF No. 6.)

    On January 23, 2019, the Court, having reviewed the amended complaint, directed Plaintiff to complete and submit service documents within thirty days. (ECF No. 7.) More than 30 days have passed, and Plaintiff has failed to submit the required documents or otherwise respond to the Court's Order.

    The Local Rule 110, corresponding with Rule 11 of the Federal Rules of Civil Procedure, provides, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of

the Court." "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including dismissal of an action. *Thompson v. Housing Auth. of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is ORDERED to show cause why this action should not be dismissed for her failure to comply with the Court's January 23, 2019 Order. Plaintiff is ordered to file a written response to this Order to Show Cause indicating whether she intends to pursue this action and explaining her failure to submit service documents by the required date. Alternatively, Plaintiff may submit the required documents. Any such response shall be filed no later than **thirty (30) days** after the date of this Order. **Plaintiff is cautioned that failure to respond to this order as set forth above may result in the dismissal of this action.**

IT IS SO ORDERED.

Dated: **March 15, 2019**  /s/ Erin P. Groig
UNITED STATES MAGISTRATE JUDGE